**UNITED STATES GOVERNMENT**
**MEMORANDUM**

| | | |
|---|---|---|
| **TO:** | Honorable<br>U. S. District Judge | |
| **REPLY TO**<br>**ATTN OF:** | Willie B. Ross, Jr.<br>Senior U. S. Probation Officer | |
| **SUBJECT:** | U.S.A. v. Anthony Vidar Seay<br>Docket No. 2:06CR00482-001<br>**TRANSFER OF JURISDICTION REQUEST** | |
| **DATE:** | July 19, 2007 | |

RECEIVED
2007 JUL 23 A 8:37
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

**Court History:**

On April 23, 2007, Seay appeared before the Honorable Katharine S. Hayden, U. S. District Judge for the District of New Jersey, for sentencing after pleading guilty to Misprison of a Felony. Judge Hayden sentenced Seay to imprisonment (time served) and one (1) year supervised release.

**Supervision History and Recommendation:**

On April 23, 2007, Seay began his term of supervised release in the Middle District of Alabama. Seay has committed no violations while on supervision, but due to supervising Seay and his having no intentions to move back to New Jersey, this officer believes that jurisdiction should be transferred in case any violations occur. If Your Honor agrees to accept jurisdiction, please sign part two of the attached probation form 22 and return to this officer.

Respectfully submitted,

Willie B. Ross, Jr.
Senior U. S. Probation Officer

Reviewed and approved:

David Ron Thweatt
Supervisory U. S. Probation Officer

**APPROVED:**

_____
United States District Judge/Date

**DISAPPROVED:**

_____
United States District Judge/Date

**COMMENTS:**_____

_____

_____

| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 2:06CR00482-001 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* 2:07CM 1299 – MHT |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Anthony Seay 2312-2 Promenade Blvd Montgomery, Alabama 36116 | DISTRICT New Jersey | DIVISION |
|---|---|---|
| | NAME OF SENTENCING JUDGE Katharine S. Hayden | |
| | DATES OF PROBATION/ SUPERVISED RELEASE: | FROM 4/23/07 | TO 4/22/08 |

RECEIVED 2007 JUL 13 A 9:30

**OFFENSE**

Misprision of A Felony

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **DISTRICT OF NEW JERSEY**

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the MIDDLE DISTRICT OF ALABAMA upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

7/2/07

Date                                                                                  United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **MIDDLE DISTRICT OF ALABAMA**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

Effective Date                                                                        United States District Judge

(Katrina Jones
20 Wash.)